IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHEKETA HALL, Individually
and as Parent and Natural Guardian
of Jaiden Haskins, a Minor**                                         PLAINTIFF

v.                    No. 3:21-cv-138-DPM

**WILLIAM GIDDEN**                                                   DEFENDANT

## JUDGMENT

Hall's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 June 2023 to enforce the parties' settlement.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>24 May 2023</u>